IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : : : | |
| v. | : : | Cases listed in Exhibit "A," attached |
| VARIOUS DEFENDANTS | : : | |

O R D E R

**AND NOW**, this **7th** day of **November, 2012**, it is hereby **ORDERED** that the motions listed in Exhibit "A," attached, are granted as unopposed.[1]

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[1] Plaintiffs have not opposed Defendants' motions, including motions for summary judgment. As provided under local rules, the Court must independently determine that the moving party is entitled to judgment as a matter of law. See Loc. R. Civ. P. 7.1(c).

The basis for Defendants' motions is that there is no genuine dispute as to the material fact of whether Plaintiffs' asbestos-related injuries were caused by products manufactured, supplied, or distributed by these Defendants. See Fed. R. Civ. P. 56(a). Based on the uncontested evidence presented by Defendants, the Court concludes that these Defendants are entitled to judgment as a matter of law.

EXHIBIT A

| Case Number | District | Caption | Filed By | Filed Date | Doc. No. |
|---|---|---|---|---|---|
| 11-67757 | CA-N | Young v. Georgia-Pacific Corporation et al | United Technologies Corporation | 9/10/2012 | 80 |
| 11-67761 | IL-S | Rohr v. Bnsf Railway Company | Bnsf Railway Company | 9/27/2012 | 11 |
| 11-66333 | CT | Mooney v. General Electric Company et al | Cbs Corporation | 10/5/2012 | 16 |
| 11-66333 | CT | Mooney v. General Electric Company et al | General Electric Company | 10/5/2012 | 17 |
| 08-91089 | IN-N | Childs v. Ac And S Inc et al | Rapid American Corp | 10/8/2012 | 117 |
| 10-61345 | WI-W | Rickey v. A.C.And S., Inc. et al | Rhone-Poulenc Ag. Company | 10/8/2012 | 140 |
| 10-61345 | WI-W | Rickey v. A.C.And S., Inc. et al | Union Carbide Chemicals & Plastic Co., Inc. | 10/8/2012 | 141 |
| 10-67817 | WI-E | Boyea v. Acands Inc et al | Rhone-Poulenc Ag Co | 10/8/2012 | 104 |
| 10-67831 | WI-E | Jakubowski v. Acands Inc et al | Cbs Corporation | 10/8/2012 | 120 |
| 10-67885 | WI-E | Andris v. Acands Inc et al | Rhone-Poulenc Ag Co | 10/8/2012 | 122 |
| 10-67885 | WI-E | Andris v. Acands Inc et al | Union Carbide Chemical & Plastics Company Inc | 10/8/2012 | 123 |
| 09-60256 | WI-W | Souja et al v. Inc. Owens-Illinois et al | Inc. Owens-Illinois | 10/9/2012 | 101 |
| 10-67885 | WI-E | Andris v. Acands Inc et al | Georgia-Pacific Corporation | 10/9/2012 | 124 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | Bill Vann Company, Inc. | 10/10/2012 | 73 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | Eaton Corporation | 10/10/2012 | 82 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | Flowserve Corporation | 10/10/2012 | 83 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | General Electric Company | 10/10/2012 | 86 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | Schneider Electric Usa Inc | 10/10/2012 | 91 |