IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

Civil Action No:
MDL 875

This Document Relates to:
DOYLE v. A.C. AND S., INC. as well as
the other cases on the attached list

E.D. Pa. No:
08-89845

FILED
DEC 2 7 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 27th day of December, 2012, upon consideration of "Certain Defendants' Motion to Bar Those Witnesses Included in Cascino Vaughan Law Offices' ('CVLO') 'Site Workers by Job Sites for IL & WI Job Sites' and 'Site Worker Past Testimony by Jobsite for IL & WI Job Sites,' Where Witnesses Have Not Been Otherwise Properly Disclosed Against Defendants for Cases Included in CVLO 3, and All Supplements to the Same" (e.g. 08-89845, Doc. 162), the joinders, the response (e.g. 08-89845 Doc. 165), and the reply (e.g. 08-89845 Doc. 168), and after the December 10, 2012 oral argument on the motion, and for the reasons set out in the Memorandum filed this day, it is hereby **ORDERED** that:

1. all related motions for joinder are **GRANTED**; and

2. the Motion to Bar is **GRANTED** and the witnesses disclosed on the "Site Worker by Job Sites" and "Site Worker Past Testimony" lists and all supplements thereto are barred from testifying at the time of trial or from offering affidavits or declarations in opposition to Defendants' dispositive motions, unless those witnesses were otherwise properly disclosed.

BY THE COURT:

_____ USMJ
**DAVID R. STRAWBRIDGE**
**UNITED STATES MAGISTRATE JUDGE**

## CASE LIST

| Last | First | Case Number | | |
|---|---|---|---|---|
| Doyle | James | 08-CV-89845 | | 3 |
| Haffner | Robert | 08-CV-89863 | | 3 |
| Larweth | Dennis | 08-CV-89914 | | 3 |
| Wilson | Harold | 08-CV-90732 | | 3 |
| Childs | Earl | 08-CV-91089 | | 3 |
| Suoja | Oswald | 09-CV-60256 | | 3 |
| Hass | Laverne | 09-CV-60267 | | 3 |
| Hass | Laverne | 09-CV-60298 | | 3 |
| Meagher | John | 09-CV-60445 | | 3 |
| Connell | Daniel | 09-CV-60552 | | 3 |
| Obermeier | Sylvester | 09-CV-61019 | | 3 |
| Schmoll | Cyril | 09-CV-61026 | | 3 |
| Morris | Michael | 09-CV-61495 | | 3 |
| Waltenberg | Claude | 09-CV-61499 | | 3 |
| Vradenburg | Stanley | 09-CV-62185 | | 3 |
| Woods | James | 09-CV-62583 | | 3 |
| Willocks | Tommy | 09-CV-64701 | | 3 |
| Stephens | John | 09-CV-64733 | | 3 |
| Rickey | Marvin | 10-CV-61345 | | 3 |
| Lorentz | Eugene | 10-CV-61348 | | 3 |
| Sutherlin | James | 10-CV-64565 | | 3 |
| Collins | Arthur | 10-CV-64567 | | 3 |
| Louis | Richard | 10-CV-64606 | | 3 |
| Ahnert | Daniel | 10-CV-67443 | | 3 |
| Held | Donald | 10-CV-67814 | | 3 |
| Binder | Robert | 10-CV-67817 | | 3 |
| Jakubowski | Florian | 10-CV-67831 | | 3 |
| Andris | Arthur | 10-CV-67885 | | 3 |
| Hakes | Donald | 10-CV-68063 | | 3 |

Certificate of Service

**MAILED:**

- BILLEE WARD
- BRIAN FIELDS
- BRUCE KAMPLAIN
- C. KOEBELE
- CHARLES BOHL
- CHRISTOPHER RAISTRICK
- D. GLOOR
- DANIEL FARROLL
- DANIEL OVERBEY
- DAVID BARTEL
- DEAN PANOS
- DENNIS DOBBELS
- DEREK SMITH
- DONALD BROAD
- FRANCIS MORRISSEY
- JAMES CULHANE
- JAMES WHEELER
- JENNIFER FARDY
- JEROME KRINGS
- JOEL POOLE
- JOHN DIXON
- JOSHUA MURPHY
- K. CAREY
- KARL KOONS
- KENNETH GORENBERG
- KEVIN LONG
- KRISTIN ACHTERHOF
- LAURA O'CONNELL
- MATTHEW LEE
- MELISSA SKILKEN
- MICHAEL CIESLEWICZ
- MICHAEL HENNIG
- RICHARD BOLTON
- RICHARD STEINKEN
- ROBERT HALEY
- STACEY SENECZKO
- STEPHEN KRAVIT
- STEPHEN MAASSEN
- STEVEN CELBA
- STEVEN SANDERS
- SUSAN GUNTY
- THADDEUS STANKOWSKI
- TIMOTHY FAGAN
- VANI SINGHAL
- VICTOR LAZZARETTI
- WILLIAM HASSLER

**E-MAILED:**

- ADAM LAGOCKI
- AMANDA SUMMERLIN
- AMIEL GROSS
- ANDREW DETHERAGE
- BRADLEY BULTMAN
- BRETT LARSEN
- BRIAN WATSON
- BRYAN SKELTON
- C. DOUGLAS
- C. EVERT
- CAROL ZUCKERMAN
- CATHERINE MOHAN
- CHRISTI JONES
- CHRISTOPHER LARSON
- CHRISTOPHER P. BANASZAK
- CLARE MAISANO
- CRAIG LILJESTRAND
- CRAIG TURET
- CYNTHIA LOCKE
- DANIEL CHEELY
- DANIEL GRIFFIN
- DANIEL JARDINE
- DANIEL LONG
- DANIEL MANNA
- DANIEL MCGRATH
- DANIEL TRACHTMAN
- DAVID DOGAN
- DAVID SETTER
- DAVID YBARRA
- DEMETRA CHRISTOS
- DENNIS CANTRELL
- DONALD CARLSON
- DOUGLAS KING
- EDWARD CASMERE
- EDWARD MCCAMBRIDGE
- EMILY ZAPOTOCNY
- ERIC CARLSON
- GERMAINE WILLETT
- GREGORY LYONS
- J. BRADLEY
- J. MALONEY
- JAMES CARTER
- JAMES MORRISON
- JAMES NIQUET
- JAMES WYNNE
- JASON KENNEDY
- JEFFREY HEBRANK
- JENNIFER KALAS
- JENNIFER STUDEBAKER
- JOHN BABIONE
- JOHN CANONI
- JOHN FONSTAD
- JOHN HELLER
- JOHN WALLER
- JONATHAN MATTINGLY
- JOSEPH SULLIVAN
- JOSHUA LEE
- KATHERINE SPITZ
- KENT PLOTNER
- KEVIN KNIGHT
- KIRK HARTLEY
- KNIGHT ANDERSON
- KURTIS REEG
- LANCE MUELLER
- LAURIE RANDOLPH
- LISA DILLMAN
- MAJA EATON
- MARK FELDMANN
- MARK SAMPSON
- MARK TIVIN
- MARTIN SCHWARTZ
- MATTHEW FISCHER
- MICHAEL ANTIKAINEN
- MICHAEL BERGIN
- MICHAEL CASCINO
- MICHAEL DENNING
- MICHAEL DRUMKE
- MICHAEL ROSENBERG
- MITCHELL MOSER
- NEAL MCQUEENEY
- NICOLE BEHNEN
- OLLIE HARTON
- PATRICK LAMB
- PAUL O'FLAHERTY
- PETER MCKENNA
- RAYMOND FOURNIE
- RICHARD LAUTH
- ROBERT MCCOY
- ROBERT RILEY
- ROBERT SPINELLI
- ROGER HEIDENREICH
- RONALD AUSTIN
- RONALD HACK
- SARAH MILLER
- SCOTT HENRY
- SCOTT SIMPKINS
- SHAWANE LEE
- SHAWN BABIUCH
- SHEILA BIRNBAUM
- STEVEN BARBER
- SUSAN MEHRINGER
- TEIRNEY CHRISTENSON
- THOMAS GILLIGAN
- THOMAS GONZALEZ
- THOMAS HAYES
- THOMAS KERNELL
- THOMAS NORBY
- THOMAS ORRIS
- THOMAS SCHRIMPF
- TIMOTHY KAPSHANDY
- TIMOTHY PAGEL
- TIMOTHY PIKE
- TOBIN TAYLOR
- TREVOR WILL
- WALTER WATKINS
- WILLIAM CROKE
- WILLIAM MAHONEY
- WILLIAM SMITH
- WILLIS TRIBLER