IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

MDL DOCKET NO. MDL 875

THIS DOCUMENT RELATES TO:
Cases listed on attached Exhibit A

PROPOSED ORDER

Upon consideration of *Plaintiffs' Objections and Memorandum re: January 17, 2013, order* pursuant to 28 U.S.C. 636(b)(1)(a) and Federal Rule of Civil Procedure 72(a), it is hereby **ORDERED** that *Plaintiffs' Motion to Reconsider and Clarify Order Entered November 16, 2012, Re Striking Interrogatory Answers* (e.g. 10-cv-67443, Doc. No. 286) IS DENIED.[1]

**IT IS SO ORDERED.**

Dated: Feb. 4, 2013

_____
Eduardo C. Robreno
U.S.D.C. Judge

---

[1] Judge Strawbridge's rulings on the motions to strike and the related motions for reconsideration were neither clearly erroneous nor contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

# EXHIBIT A

| Last | First | E.D. PA Case No. |
|---|---|---|
| Ahnert | Daniel | 10-cv-67443 |
| Austin | Richard | 08-cv-89340 |
| Brazzoni | Alfred | 11-cv-63501 |
| Connell | Daniel | 09-cv-60552 |
| Fata | Frank | 08-cv-90058 |
| Held | Donald | 10-cv-67814 |
| Jackson | Floyd | 08-cv-90263 |
| Jones | Asa | 08-cv-90132 |
| Kelley | Howard | 10-cv-67555 |
| Phillips | John | 08-cv-90122 |
| Schmidt | Donald | 08-cv-90063 |
| Schmoll | Cyril | 09-cv-61026 |
| Suoja | Oswald | 09-cv-60256 |
| Van Stippen | Joseph | 11-cv-63483 |
| Willey | Russel | 08-cv-90166 |
| Zellner | Clifford | 11-cv-66746 |