IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL 875 |
| VARIOUS PLAINTIFFS v. VARIOUS DEFENDANTS | : : : : : : | Cases listed in Exhibit "A," attached |

FILED
NOV 18 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

**AND NOW,** this **15th** day of **November, 2013**, it is hereby **ORDERED** that a Rule is **ISSUED** for Plaintiffs to show cause why the cases on Exhibit "A," attached, should not be dismissed or remanded to the transferor court.[1]

It is further **ORDERED** that Plaintiffs' counsel shall provide a written report to the Court by indicating whether each case falls into one (1) of four (4) categories:

- **(1)** All viable defendants have been or can be dismissed, and the case can be marked **closed** or dismissed to the **"bankruptcy only"** docket.

- **(2)** The case has **settled** in its entirety, and will be dismissed and closed. A proposed order has been filed.

---

[1] The scheduling orders have run on these cases, or there has been no recent activity in the cases, and there are no pending motions.

1

    **(3)**    The case complies with the factors set forth in Administrative Order 18[2] and the case is ready to be **remanded** to the transferor court.

    **(4)**    The case will be voluntarily **dismissed**, and a proposed order has been filed.

A written report for each case must be emailed to the MDL 875 law clerk at christopher_lucca@paed.uscourts.gov, **and filed on the docket**, no later than **December 11, 2013**.

It is further **ORDERED** that failure to provide a status update in a given case may result in the dismissal of the case for lack of prosecution.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[2] Administrative Order 18 is available at: http://www.paed.uscourts.gov/documents/MDL/MDL875/Administrative_Order_18.pdf. Counsel are reminded to **include a list of remaining defendants** in their status report if the case is ready to be remanded.

2

## EXHIBIT A

| Case | Caption |
|---|---|
| 08-89979 | Johnson, Gertha |
| 08-90276 | Smith, Leo |
| 08-91087 | Woodmaster, Charles |
| 08-91314 | Scott, Pearl |
| 08-91762 | Riggs, Martha |
| 08-91880 | Van Dolah, Vernon |
| 09-60256 | Suoja, Delores |
| 09-60286 | Akey, Richard |
| 09-60516 | Schulze, Ronald |
| 09-61012 | Jelinski, Jerome |
| 09-61026 | Schmoll, La Von |
| 09-61347 | Rathsack, Michael |
| 10-61345 | Rickey, Dave |
| 10-64563 | Benson, Harold |
| 10-67885 | Andris, Dorothy |
| 11-63908 | Bucknell, Bertha |
| 11-67724 | Reno, Charles |

**CC By Mail:**

| | |
|---|---|
| DEAN PANOS | J. GASS |
| KENNETH GORENBERG | KEVIN LONG |
| BRUCE KAMPLAIN | MATTHEW LEE |
| JAMES SNYDER | DANIEL FARROLL |
| JAMES WHEELER | JOEL POOLE |
| JEFFREY MCKEAN | JOSHUA MURPHY |
| SCOTT KYROUAC | SEAN MACK |
| DAVID ROLF | STEVEN SANDERS |
| DENNIS DOBBELS | C. KOEBELE |
| THOMAS WILSON | DAVID BARTEL |
| DEBORAH SOLMOR | STEPHEN KRAVIT |
| MARK RAKOCZY | THADDEUS STANKOWSKI |
| ZANE LUCAS | |
| MICHAEL CIESLEWICZ | |
| RICHARD BOLTON | |
| VANI SINGHAL | |
| CHARLES BOHL | |
| JEROME KRINGS | |

**CC By Email:**

| | | |
|---|---|---|
| AMANDA SUMMERLIN | JAMES BOYERS | MITCHELL MOSER |
| ALLEN VAUGHAN | JOHN CANONI | MICHAEL ROSENBERG |
| AMIEL GROSS | JIN-HO CHUNG | NICOLE BEHNEN |
| SUSAN MEHRINGER | JOSHUA LEE | OLLIE HARTON |
| WILLIAM CROKE | JASON KENNEDY | PAUL O'FLAHERTY |
| ROBERT MCCOY | JOSEPH KRASOVEC | DOUGLAS PROCHNOW |
| BARRY SHORT | JOHN KUROWSKI | RICHARD SCHUSTER |
| BRYAN SKELTON | CHRISTI JONES | RAYMOND FOURNIE |
| BRIAN WATSON | SARAH JONES | RAYMOND MODESITT |
| TEIRNEY CHRISTENSO | JAMIE YADGAROFF | RICHARD LAUTH |
| CHRISTOPHER LARSON | JEFFREY SCHIEBER | ROGER HEIDENREIC |
| CATHERINE MOHAN | JEFFREY HEBRANK | ROBERT RILEY |
| CRAIG TURET | JOHN WALLER | ROBERT SPINELLI |
| DANIEL JARDINE | C. DOUGLAS | SCOTT SIMPKINS |
| DANIEL LONG | KEVIN KNIGHT | STEVEN KIRSCH |
| DONALD CARLSON | KIMBERLY SARFF | WILLIAM SMITH |
| DANIEL CHEELY | KNIGHT ANDERSON | JENNIFER STUDEBAKER |
| DOUGLAS KING | KENT PLOTNER | THOMAS GILLIGAN |
| DANIEL MANNA | KURTIS REEG | THOMAS KERNELL |
| DAVID SETTER | KATHERINE SPITZ | TIMOTHY KRIPPNER |
| DREW ODUM | LISA DILLMAN | THOMAS ORRIS |
| DAVID TEMPLE | MARK FELDMANN | TIMOTHY PIKE |
| DANIEL TRACHTMAN | MARTIN SCHWARTZ | THOMAS THIBODEAU |
| EDWARD CASMERE | MICHAEL BERGIN | THOMAS SCHRIMPF |
| MICHAEL CASCINO | MICHAEL DENNING | TOBIN TAYLOR |
| EDWARD MCCAMBRIDG | JAMES CARTER | TREVOR WILL |
| GERMAINE WILLETT | MICHAEL DRUMKE | WILLIAM MAHONEY |
| GREGORY LYONS | MAJA EATON | WILLIS TRIBLER |
| JON GOLDWOOD | MATTHEW FISCHER | JAMES WYNNE |
| JOHN BABIONE | | |