# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | MDL NO. 875 |
| This Document Relates to: | : | |
| GARY SOUJA, Individually and as Special Administrator for the Estate of OSWALD F. SUOJA, Deceased, | : | Transferred from the Western District of Wisconsin Case No. 99-00475 |
| Plaintiff, | : | |
| v. | : | E.D. Pa. No. 09-60256 |
| OWENS-ILLINOIS, INC., | : | |
| Defendant. | : | |

## NOTICE OF OPPOSITION TO CRO

Pursuant to 28 U.S.C. § 1407 and Rule 10.2(b) of the Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Owens-Illinois, Inc. submits this notice of opposition to the conditional remand order.

Dated: December 30, 2013    Respectfully submitted,

By: /s/ Brian O. Watson
Matthew J. Fischer
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)
*Attorney for Owens-Illinois, Inc.*

## PROOF OF SERVICE

The undersigned attorney certifies that on December 30, 2013, this notice was filed with the Clerks for the United States Judicial Panel on Multidistrict Litigation, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon each party including:

Michael P. Cascino
Robert G. McCoy
Casino Vaughn Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5308
ecf.cvlo@gmail.com
bmccoy@cvlo.com
**Attorneys for Gary Souja, Individually
and as Special Administrator for
the Estate of Oswald F. Suoja, Deceased**

By: /s/ Brian O. Watson
Brian O. Watson

15640-0889

CH2\13992713.1